ALVAH W. COYE, *Respondent, v.* LEANDER S. PHILPS, *Sheriff, etc., Appellant.*— Judgment of the County Court affirmed. The appeal book does not show that the points urged for reversal were raised in the County Court. (See *Johns* v. *Gustin,* 2 T. & C., 662.)

GEORGE MACK and another, *Respondents, v.* THE CITY OF BUFFALO AND THE BOARD OF SUPERVISORS OF ERIE COUNTY, *Appellants.*— Order affirmed without costs to either party. HAIGHT, J., not sitting.

IN THE MATTER OF THE APPLICATION OF THE BUFFALO AND ROCK CITY PIPE LINE COMPANY, *Respondent,* TO ACQUIRE TITLE TO LANDS OF THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant.*— Order appealed from affirmed, with costs. *Held,* that the map and certificate filed, substantially comply with the requirements of the statute, and that there is ample evidence, aside from that which is objected to as having been improperly received, to show that the company intend in good faith to construct and finish a line of pipes from and to the places for that purpose named in its articles of association. HAIGHT, J., not sitting.

ADELAIDE L. POST and others, *Appellants, v.* FRANCIS O. MASON, *Executor, etc., Respondent.*— Order of Special Term reversed as to the item of " sixty dollars for costs of motion for new trial," and the said item stricken out of the bill ; and the order affirmed as to the residue, without costs of this appeal to either party. *Held,* that the item was not taxable, the judge, in his discretion, not having granted costs of the motion for a new trial.

CHARLES ALLISON, *Respondent, v.* WALTER C. ROBINSON and another, *Appellants.*— Order appealed from affirmed, with ten dollars costs and disbursements. *Held,* that the item objected to was taxable if properly verified, and that no objection having been taken on the taxation to the sufficiency of the affidavit, the appellant cannot now be heard to object that it is insufficient.

WILBER S. PECK and another, *Appellants, v.* ISAAC P. POWERS, *Respondent.*— Order appealed from reversed, with ten dollars costs and disbursements, and leave given to defendant to renew the motion on payment of costs. *Held,* that in an affidavit as to the materiality of witnesses, etc., it is not necessary to aver that the advice of counsel was given after the statement to him of what is expected to be proved by the witnesses.

CHARLES G. RIGGS, *Respondent, v.* EMORY BATES, *Appellant.*— Order appealed from reversed, with ten dollars costs and disbursements, unless plaintiff pays to the defendant his costs and disbursements incurred in the action after service of the answer, to be taxed, and if the same are paid, then the order is affirmed without costs of this appeal to either party.

THE SODUS BAY AND CORNING RAILROAD COMPANY, *Respondent, v.* CHARLES A. HAMLIN, *Appellant.*— Motion for leave to appeal to the Court of Appeals denied.